**Honorable Ronald B. Leighton**

03-CV-05043-M

AUG 22 2003

WESTERN DISTRICT OF WASHINGTON AT TACOMA

# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 13 No. 99-37362 |
| | Internal Appeal No. 02-007 |
| MARK A. SCHNEIDER | BAP No. WW-02-1658 |
| | USDC No. CV03-5043RBL |
| Debtor. | Appellant's Motion for Reconsideration |

**Motion:** The Law Offices of Ben F. Barcus, Appellant, by and through its attorney of record, Thomas P. Quinlan of the law firm Miller, Quinlan & Auter, P.S., Inc., respectfully requests that the Court Reconsider its Order Affirming Bankruptcy Court's Order (hereinafter "Affirming Order"), entered herein on August 11, 2003[1].

**Basis:** The Court should reconsider its Affirming Order on the basis that the Appellant's request for equitable tolling was not fully addressed. Appellant's position, among other things, is that it was delayed and prejudiced in its expert's ability to obtain and complete his investigation of the allegations of

---

[1] Appellant's counsel received the same on August 20, 2003.

APPELLANT'S MOTION
FOR RECONSIDERATION  -1   ORIGINAL

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

fraud and forgery. Thus, Appellant was unable to comply with the 180 day br date set forth in 11 U.S.C. §1330.   *See, Statement of Facts, Appellants Opening Brief.*

A summary of the relevant dates set forth in Appellant's opening brief is as follows. An evidentiary hearing was held on January 25, 2001. Appellee's Chapter 13 plan was approved with modifications, by Bankruptcy Court Order dated April 5, 2001. In the interim, the Bankruptcy Court authorized a Fed. R. Bankr. Proc. 2004 examination of Appellee's father, Robert Schneider (hereinafter "Schneider, Sr."), on March 1, 2001.  The Order allowed the out of jurisdiction examination of Schneider Sr. *Order Allowing 2004 Exam* dated March 1, 2001.

A significant amount of effort was needed to obtain Robert Schneider Sr.'s presence. Appellant affected service upon Schneider Sr. for the out-of-state appearance and examination, which was scheduled to occur on March 23, 2001; despite service of process being affected, Schneider Sr. failed to appear.  This forced Appellant to enlist the service of the United States Marshall to assure Schneider, Sr.'s appearance; being compelled to appear under threat of possible action by the U.S. Marshall's Services, Schneider Sr. finally appeared on April, 19, 2001 and an examination ensued.  However, Schneider, Sr. refused to answer any questions as to whether he in fact authored the letter in question purportedly under advice of counsel. *Barcus Affidavit.*   Appellee had instructed his father not to answer any such

APPELLANT'S MOTION
FOR RECONSIDERATION   -2

questions. *Barcus Affidavit*. However, Schneider did submit to hand writing exemplars.

After obtaining the handwriting exemplars, Appellant retained the services of a forensic specialist to analyze the signature on the letter compared to Robert Schneider's signature. The expert concluded his investigation and authored his Declaration on November 5, 2001. Appellant received the same after that date. The conclusion of the expert, Mr. Timothy Nishimura, is that Robert Schneider, a left-handed writer, was not the signatory of the letter. Rather, the conclusion is that the signature is that forged by Appellee. *Barcus Affidavit*. Accordingly, the Appellee's reported schedules and his actual testimony at two 11 U.S.C. § 341 meeting(s) of creditors, and the evidentiary hearing are materially false.

A summary of events relative to this Motion for Reconsideration is:

| Relevant Dates | Subject Matter |
|---|---|
| January 25, 2001 | Evidentiary Hearing |
| March 1, 2001 | Order Allowing Examination of Father |
| March 23, 2001 | First Examination date w/ no appearance |
| April 5, 2001 | Order on Confirmation of Chapter 13 Plain |
| April 23, 2001 | Continued Examination of Father with refusal to testify |
| June 12, 2001 | Order allowing appellant relief from stay to continue State Court action against co-debtors |
| June 2001 to date | Various motions and discovery in state court |
| October 5, 2001 | 180 day bar date under §1330 |
| Nov 5, 2001 | Robert Nishamura conclusion of Investigation |

APPELLANT'S MOTION
FOR RECONSIDERATION   -3

1  Appellee's blatant and repetitive misconduct is now known to this
2  Court; however, in light of the fact of two prior Order(s) of Contempt regarding
3  discovery violations, and a concerted effort to thwart the Appellant's
4  investigation of fraud, perjury and forgery relative to the son-to-father letter
5  that first appeared at the Evidentiary Hearing, there is good cause to find that
6  an equitable tolling of the timeline in 11 U.S.C. §1330 is warranted because
7  Appellant could not, and did not, complete its forensic investigation, until after
8  the 180 day period had lapsed..

**Support**. This motion is supported by the records submitted on Appeal as designated by the Clerk of the Court.

**Relief Requested**. Appellant respectfully requests that the Court reconsider its Affirming Order and enter relief as requested in its opening brief.

Dated this 22nd day of August, 2003.

_____
Thomas P. Quinlan WSBA#21325
Attorney for Appellant

APPELLANT'S MOTION
FOR RECONSIDERATION   -4

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

## Certificate of Service

A copy of the foregoing Appellant's Motion for Reconsideration was served upon:

William L. Beecher
Beecher & Conniff
615 Commerce St., Ste. 150
Tacoma WA 98402
Attorney for Appellee

on August 22, 2003, by facsimile and by placing the same in an envelope, addressed as indicated, then sealed and deposited it with sufficient postage fully prepaid thereon of United States Postal Service within Pierce County Washington, before the hour of midnight.

Signed at Fircrest, Washington on August 22, 2003.

*[signature]*
Sarah Starcevich

APPELLANT'S MOTION
FOR RECONSIDERATION   -5

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007